IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09CV63-RLV-DCK

| | |
|---|---|
| LATRESHA CAMPBELL,<br><br>　　Plaintiff,<br><br>v.<br><br>EASTER SEALS UCP NORTH CAROLINA, INC., a North Carolina Non-Profit Corporation,<br><br>　　Defendants. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF LEAH MIRIAM MOORE |

This matter is before the Court on the Motion of Leah Miriam Moore for admission as counsel *pro hac vice* on behalf of Defendant Easter Seals UCP North Carolina, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Moore shall be admitted to appear before this court pro hac vice on behalf of Defendant Easter Seals UCP North Carolina, Inc. upon payment to the Clerk of the required fee, if not already paid.

Signed: June 22, 2009

David C. Keesler
United States Magistrate Judge